# Exhibit B

USPS.com® - USPS Tracking™

https://tools.usps.com/go/TrackConfirmAction!action?tRef=fullpage...

Register / Sign In

English    Customer Service    USPS Mobile



Search USPS.com or Track Packages

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

Find

Customer Service ›
Have questions? We're here to help.

# USPS Tracking™

Tracking Number: **70112000000179892962**

Expected Delivery Day: **Saturday, March 1, 2014**

## Available Actions

Email Updates

## Product & Tracking Information

**Postal Product:**  First-Class Mail®
**Features:** Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| March 3, 2014, 8:57 am | Delivered | SAN DIEGO, CA 92193 |
| March 1, 2014, 7:02 am | Sorting Complete | SAN DIEGO, CA 92123 |
| March 1, 2014, 6:52 am | Available for Pickup | SAN DIEGO, CA 92193 |
| March 1, 2014, 6:17 am | Notice Left (Business Closed) | SAN DIEGO, CA 92123 |
| March 1, 2014, 4:00 am | Processed through USPS Sort Facility | SAN DIEGO, CA 92199 |
| March 1, 2014, 3:42 am | Arrival at Unit | SAN DIEGO, CA 92123 |
| March 1, 2014 | Depart USPS Sort Facility | SAN DIEGO, CA 92199 |
| February 28, 2014, 3:01 pm | Processed through USPS Sort Facility | SAN DIEGO, CA 92199 |
| February 27, 2014 | Depart USPS Sort Facility | COPPELL, TX 75099 |
| February 26, 2014, 11:13 pm | Processed at USPS Origin Sort Facility | COPPELL, TX 75099 |
| February 26, 2014, 6:37 pm | Dispatched to Sort Facility | RICHARDSON, TX 75080 |
| February 26, 2014, 11:19 am | Acceptance | RICHARDSON, TX 75080 |

## Track Another Package

**What's your tracking (or receipt) number?**

Track It

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
| --- | --- | --- | --- |
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |

Exhibit B

3/12/2014 12:18 AM

1 of 2