# Exhibit F

CM/ECF for JPML (LIVE)

## Court Notices

MDL No. 2286 IN RE: Midland Credit Management, Inc., Telephone Consumer Protection Act (TCPA) Litigation

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 4/8/2014 at 3:39 PM EDT and filed on 4/8/2014

| | |
|---|---|
| Case Name: | IN RE: Midland Credit Management, Inc., Telephone Consumer Protection Act (TCPA) Litigation |
| Case Number: | MDL No. 2286 |
| Filer: | |
| Document Number: | 172(No document attached) |

Docket Text:
\*\*\*TEXT ONLY ENTRY\*\*\*

NOTICE TO COUNSEL -
The Clerk of the Panel has determined the listed action(s) is not appropriate for inclusion in this MDL. See Rule 7.1(b)(i).
-- TXE/4:14-cv-00200

Signed by Clerk of the Panel Jeffery N. Luthi, on 4/8/2014.

Associated Cases: MDL No. 2286, TXE/4:14-cv-00200 (LAH)

| | |
|---|---|
| Case Name: | Mack v. Midland Credit Management, Inc. |
| Case Number: | TXE/4:14-cv-00200 |
| Filer: | |

Document Number: 1(No document attached)

Docket Text:
\*\*\*TEXT ONLY ENTRY\*\*\*

NOTICE TO COUNSEL -
The Clerk of the Panel has determined the listed action(s) is not appropriate for inclusion in this MDL. See Rule 7.1(b)(i).
-- TXE/4:14-cv-00200

Signed by Clerk of the Panel Jeffery N. Luthi, on 4/8/2014.

Associated Cases: MDL No. 2286, TXE/4:14-cv-00200 (LAH)

MDL No. 2286 Notice has been electronically mailed to:

Exhibit F

https://ecf.jpml.gtwy.dcn/cgi-bin/Dispatch.pl?160994346902518

4/8/2014

**MDL No. 2286 Notice will not be electronically mailed to:**

**TXE/4:14-cv-00200 Notice has been electronically mailed to:**

Amy Gallegos    agallegos@jenner.com

Reid Stephens Manley    rmanley@burr.com

**TXE/4:14-cv-00200 Notice will not be electronically mailed to:**

David E. Mack
7720 McCallum Blvd
Number 2099
Dallas, TX 75252