# Exhibit G



*results matter*

Reid S. Manley
rmanley@burr.com
Direct Dial: (205) 458-5439
Direct Fax: (205) 244-5675

April 22, 2014

**VIA EMAIL, ORIGINAL TO FOLLOW BY U.S. MAIL**

David E. Mack
7720 McCallum Boulevard #2099
Dallas, Texas 75252

Re: *David E. Mack v. Midland Credit Management, Inc.*
 In the U.S. District Court for the Eastern District of Texas, Sherman Division
 Case No. 4:14-cv-200-RAS-DDB

Dear Mr. Mack:

Please find enclosed Midland Credit Management, Inc.'s Offer of Judgment for $2,501.00 in the above referenced matter. As explained in the enclosure, Midland Credit Management, Inc. offers to allow judgment to be entered against it in the amount of $2,501.00, plus reasonable costs to be determined by the court. You are obligated under Rule 68 of the Federal Rules of Civil Procedure to respond to this Offer of Judgment within fourteen (14) days or the Offer will be deemed rejected. I look forward to hearing from you.

Very truly yours,

Reid S. Manley

RSM/kjb
Enclosure

Exhibit G

20696447 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 4:14-cv-00200-RAS-DDB |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Midland Credit Management, Inc. ("Midland"), by and through its undersigned counsel, specifically reserving its right to seek arbitration of plaintiff's claims pursuant to 9 U.S.C. § 1, *et seq.* and all defenses under Fed. R. Civ. P. 12, hereby makes this offer of judgment to plaintiff David E. Mack ("Plaintiff"):

1. Judgment to be entered against it in this action in favor of Plaintiff in the amount of TWO THOUSAND FIVE HUNDRED ONE DOLLARS and NO/100 ($2,501.00), plus reasonable attorney's fees, costs, and post-judgment interest as allowed by law relating to Plaintiff's claims against Defendant.

2. Any attorney's fees, costs, and post-judgment interest as allowed by law recoverable by Plaintiff are separate and apart from and offered in addition to the total of $2,501.00.

20682705 v1

3. Any attorney's fees, costs, and post-judgment interest as allowed by law recoverable by Plaintiff are to be fixed by the Court in accordance with applicable law if the parties cannot agree on an amount.

4. This offer contemplates all of Plaintiff's claims asserted against Defendant.

Respectfully submitted this 22 day of April, 2014.

_____
Reid S. Manley
Texas Bar No. 24047520
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com

Attorney for Defendant
MIDLAND CREDIT MANAGEMENT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following by Electronic Filing, and/or by U.S. First Class Mail, hand delivery, fax or email on this 22 day of April, 2014:

David E. Mack
7720 McCallum Boulevard, #2099
Dallas, Texas 75252
Telephone: (972) 735-9642
Email: mack2001@swbell.com

_____
OF COUNSEL

2

20682705 v1