# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 2 2014

DAVID J. MALAND, CLERK
BY _____
DEPUTY

DAVID E. MACK §
  *Plaintiff,* §
 §
vs § Case No. 4:14-cv-200
 §
 §
MIDLAND CREDIT §
MANAGEMENT, INC. §
  *Defendant.* §
 §

## NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT

COMES NOW, the Plaintiff, David E. Mack, who hereby gives the Defendant and this Honorable Court Notice of his ACCEPTANCE of the Offer of Judgment made by the Defendant, Midland Credit Management, Inc., made on April 22, 2014 in the amount of $2501.00 plus reasonable attorney's fees, costs, and post-judgment interest as related to the causes of action brought in the above styled cause of action. *See* Exhibit 1

Dated: May 2, 2014

Respectfully Submitted,

_____
David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252
972-735-9642

Exhibit H

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Dated: May 2, 2014

_____
David E Mack

Reid S. Manley
BURR & FORMAN LLP
420 North 20th Street Suite 3400
Birmingham, Alabama 35203