IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK, | ) |
|           Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. |
| | ) 4:14-cv-414-RAS-DBB |
| MIDLAND CREDIT MANAGEMENT, INC., | ) ) ) ) |
|           Defendant. | ) |

## STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER

COME NOW the Plaintiff and Defendant, by and through their undersigned counsel, and as their Stipulated Motion for Entry of Protective Order, state and allege as follows:

Pursuant to stipulation of the parties and in accordance with the provisions of Fed. R. Civ. Proc. 26(c),

1. In an effort to facilitate the exchange of confidential documents through formal discovery, the parties hereby tender a Proposed Agreed Protective Order to the Court.

2. A copy of the Proposed Agreed Protective Order is attached hereto as Exhibit 1.

WHEREFORE, the parties respectfully request that this Court enter the attached proposed Agreed Protective Order as an Order of this Court.

Respectfully submitted this 18th day of December, 2014.

/s/David E. Mack (with permission)
David E. Mack
7720 McCallum Boulevard, #2099
Dallas, Texas 75252
Telephone: (972) 735-9642
Email: mack2001@swbell.com

22379244 v1

/s/ Reid S. Manley
Reid S. Manley
Texas Bar No. 24047520
R. Frank Springfield (pro hac vice)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com
fspringf@burr.com

Attorneys for Defendant
MIDLAND CREDIT MANAGEMENT, INC.