# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| Plaintiff, | § § § | |
| VS. | § § | Case No. 4:14CV414<br>Judge Mazzant/Judge Bush |
| MIDLAND CREDIT MANAGEMENT, INC. | § § § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 21, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Midland Credit Management, Inc.'s Motion for Judgment on the Pleadings (Dkt. #10) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Midland Credit Management, Inc.'s Motion for Judgment on the Pleadings (Dkt. #10) is **DENIED.**

**It is SO ORDERED.**
**SIGNED this 23rd day of March, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE